No. 17,076.

PHILLIPSEN *v.* CITY OF PUEBLO ET AL.
(270 P. [2d] 1024)

Decided May 24, 1954.   Rehearing denied June 14, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. MATT J. KIKEL, Mr. JOHN W. ELWELL, for plaintiff in error.

Mr. JOHN H. MARSALIS, for defendant in error City of Pueblo.

Mr. A. T. STEWART, Messrs. SEAVY & SEAVY, amici curiae.